UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2020 JAN 22 P 12: 26

STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DARNIELL L. SHELTON,

        Defendant.

Case No. 20-CR-
[18 U.S.C. § 1709]

20-CR-012

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 3, 2019, in the State and Eastern District of Wisconsin,

**DARNIELL L. SHELTON,**

being a Postal Service employee entrusted with articles of mail, did steal U.S. currency and gift cards contained therein.

In violation of Title18, United States Code, Section 1709.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 18, 2019, in the State and Eastern District of Wisconsin,

### DARNIELL L. SHELTON,

being a Postal Service employee entrusted with articles of mail, did steal U.S. currency and gift

cards contained therein.

In violation of Title18, United States Code, Section 1709.

A TRUE BILL:

FOREPERSON

Dated: January 22, 2020

MATTHEW D. KRUEGER
United States Attorney